# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2021 KW 1248

VERSUS

JESSY MILES                                              **DECEMBER 02, 2021**

---

In Re:     Jessy Miles, applying for supervisory writs, 16th
           Judicial District Court, Parish of St. Mary, No. 2019-
           205188.

---

**BEFORE:    McDONALD, LANIER, WOLFE, JJ.**

   **WRIT DENIED.**

                              JMM
                              WIL
                              EW


COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT